UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JULIA HOLLIS MEYERS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | Case No. 7:20-cv-967-ACA-GMB |
| CHAD GARRETT, | ) ) ) | |
| Respondent. | ) ) | |

## MEMORANDUM OPINION

On September 15, 2020, the magistrate judge entered a report and recommendation, recommending that the court deny Julia Hollis Meyers' 28 U.S.C. § 2241 petition for a writ of habeas corpus. (Doc. 6). The magistrate judge advised the parties of their right to file objections to the report and recommendation within 14 days, but the court has not received any timely objections.

After a *de novo* review of the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL DENY** Ms. Meyers' § 2241 petition and **WILL DISMISS** this action **WITHOUT PREJUDICE**.

The court will enter a separate final order.

**DONE** and **ORDERED** this October 14, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE